IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
DAVID ESTRADA-PAGAN
Defendant

CRIMINAL 12-0274CCC

**ORDER**

Having considered the Report and Recommendation filed on September 4, 2012 (**docket entry 29**) on a Rule 11 proceeding of defendant David Estrada-Pagán held before U.S. Magistrate Judge Silvia Carreño-Coll on August 10, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 10, 2012. The **sentencing hearing is set for November 8, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge